PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 04, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | ORDER TO UN-SEAL SEARCH WARRANTS |
|---|---|
| Adilson Jose MONTIERO | 2:20-SW-1042-KJN |
| A black 2005 Chevrolet Tahoe, with California License Plate #6EOM023 | 2:20-SW-1043-KJN |
| 4000 44th Street, Sacramento, California | 2:20-SW-1044-KJN |

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT that the files in the above-captioned matters be unsealed.

Dated: 10/04/22

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

1